834

*Beatrice Rosenberg* for the United States.

No. 119. TI TI PEAT HUMUS Co., INC. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied. *Huger Sinkler* for petitioner. *Solicitor General Marshall, Charles Donahue, Bessie Margolin* and *Robert E. Nagle* for respondent.

No. 120. EDWARDS, EXECUTOR *v.* PHILLIPS, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Barnabas F. Sears* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Jeanine Jacobs* for respondent.

No. 124. ESTATE OF BERRY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Charles D. Savage, Thomas A. Roach* and *Robert D. Larsen* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 126. MURRAY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Scott P. Crampton, Stanley Worth* and *Joseph A. McMenamin* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 133. KOLOD ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Edward Bennett Williams, Harold Ungar* and *W. H. Erickson* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 134. PHILLIPS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *R. Eugene Pincham, Charles B. Evins, Earl E. Strayhorn* and *Sam Adam* for petitioner. *Solicitor General Marshall, Assistant Attorney General*

*Vinson* and *Beatrice Rosenberg* for the United States.

No. 135. JONES *v.* UNITED STATES; and

No. 223. MITTELMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Herbert Monte Levy* for petitioner in No. 135. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States in both cases. Reported below: 374 F. 2d 414.

No. 138. BLANE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 151. ZWICK ET AL. *v.* FREEMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 2d Cir. Certiorari denied. *Arthur Slavin* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Eardley, Morton Hollander* and *Harvey L. Zuckman* for respondents.

No. 156. AKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *W. S. Moore* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 159. B & L FARMS CO. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William Gresham Ward* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Crombie J. D. Garrett* for the United States.

No. 160. D. R. SMALLEY & SONS, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Donald A. Moon* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Eardley* and *Morton Hollander* for the United States.

No. 165. KROL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* and *Julius*